## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Linda S. Batchelder            CHAPTER 7
       Ralph  T. Batchelder Jr.

                                                       BKY. NO. 20-11259 ELF

                     Debtor(s)

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

       Kindly enter my appearance on behalf of Towd Point Mortgage Trust 2019-3, U.S. Bank National Association, as Indenture Trustee and index same on the master mailing list.

                                         Respectfully submitted,
                                         **/s/ Rebecca A. Solarz Esquire**
                                         Rebecca A Solarz, Esquire
                                         Kevin G. McDonald, Esquire
                                         KML Law Group, P.C.
                                         701 Market Street, Suite 5000
                                         Philadelphia, PA 19106-1532
                                         (215) 627-1322