# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Linda S. Batchelder<br>        Ralph T. Batchelder Jr.<br><br>                                    Debtors | CHAPTER 7 |
| Towd Point Mortgage Trust 2019-3, U.S. Bank National<br>Association, as Indenture Trustee<br>                                    Movant | NO. 20-11259 ELF |
|                vs. | |
| Linda S. Batchelder<br>Ralph T. Batchelder Jr.<br><br>                                    Debtors | 11 U.S.C. Section 362 |
| Gary F. Seitz<br><br>                                    Trustee | |

## ORDER

AND NOW, this    28th    day of    May    , 2020  at  Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is GRANTED and the automatic stay under 11 U.S.C. section 362 is **MODIFIED** with respect to the subject premises located at 1745 West Marshall, Norristown, PA 19403 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.  Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**