United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                    Case No. 20-11259-elf
Ralph T Batchelder, Jr.                                   Chapter 7
Linda S Batchelder
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2        User: Stacey              Page 1 of 1           Date Rcvd: May 28, 2020
                            Form ID: pdf900           Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2020.
```
db/jdb         #+Ralph T Batchelder, Jr.,    Linda S Batchelder,    1745 W Marshall St,
                 Norristown, PA 19403-3209
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov May 29 2020 05:05:43     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 29 2020 05:05:22
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 29 2020 05:05:41     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2020 at the address(es) listed below:
```
              GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net;Jblackford@gsbblaw.com
              MATTHEW R. NAHRGANG    on behalf of Debtor Ralph T Batchelder, Jr. mnahrgang@verizon.net
              MATTHEW R. NAHRGANG    on behalf of Joint Debtor Linda S Batchelder mnahrgang@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor    Towd Point Mortgage Trust 2019-3, U.S. Bank National
               Association, as Indenture Trustee bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Linda S. Batchelder<br>Ralph T. Batchelder Jr.<br>                Debtors | CHAPTER 7 |
| Towd Point Mortgage Trust 2019-3, U.S. Bank National Association, as Indenture Trustee<br>                Movant<br>vs.| NO. 20-11259 ELF |
| Linda S. Batchelder<br>Ralph T. Batchelder Jr.<br>                Debtors<br><br>Gary F. Seitz<br>                Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, this 28th day of May, 2020 at Philadelphia, upon failure of Debtors and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: the Motion for Relief from the Automatic Stay is GRANTED and the automatic stay under 11 U.S.C. section 362 is **MODIFIED** with respect to the subject premises located at 1745 West Marshall, Norristown, PA 19403 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**