```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
```

In re:                                                              Case No. 20-11259-elf
Ralph T Batchelder, Jr.                                             Chapter 7
Linda S Batchelder
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 1              Date Rcvd: Jun 23, 2020
                              Form ID: 195              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2020.
db/jdb         #+Ralph T Batchelder, Jr.,    Linda S Batchelder,    1745 W Marshall St,
                 Norristown, PA 19403-3209

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2020                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 23, 2020 at the address(es) listed below:
              GARY F. SEITZ    gseitz@gsbblaw.com,  gfs@trustesolutions.net;Jblackford@gsbblaw.com
              MATTHEW R. NAHRGANG    on behalf of Debtor Ralph T Batchelder, Jr. mnahrgang@verizon.net
              MATTHEW R. NAHRGANG    on behalf of Joint Debtor Linda S Batchelder mnahrgang@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor    Towd Point Mortgage Trust 2019-3, U.S. Bank National
               Association, as Indenture Trustee bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Ralph T Batchelder, Jr. and Linda S Batchelder : Case No. 20−11259−elf
    Debtor(s)

***ORDER***
_____

AND NOW, this day , June 23, 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Judge , United States Bankruptcy Court

23
Form 195